| | |
|---|---|
| DATE October 25, 2011 | CASE NUMBER 1:11-cr-88-2(MC) |
| LOCATION Beaumont | |
| JUDGE Keith F. Giblin | USA  John Craft  Assigned |
| DEPUTY CLERK Kyla Dean | VS   John Craft  Appeared |
| RPTR/ECRO Kyla Dean | |
| USPO Mark Goforth | **JAMES JEROME GOUDEAU** |
| INTERPRETER | Defendant |
| BEGIN 2:04 pm | **DOUGLAS BARLOW** |
| | Attorney |

☐ . . . . . INITIAL APPEARANCE  ☐ . . . PRELIMINARY HRG  ☐ . . REMOVAL HRG  ☐ . . IDENTITY HRG
✔ . . . . SUBSEQUENT INITIAL APPEARANCE ON: INDICTMENT
☐ . . . DETENTION HRG  ☐ . . . . EVIDENTIARY HRG  ☐ . . . . . BOND HRG
☐ . . . . NEBBIA HRG  ☐ other

✔ Hearing Held  ☐ Hearing Called
☐ Dft  ☐ Prob violator  ☐ Super Rel violator  appears: ☐ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
Appears on: ☐ Complaint  ✔ Indictment  ☐ Information  ☐ Violation of probation  ☐ Violation of release

☐ Dft files Waiver of Indictment;  ☐ Dft advised of right to grand jury consideration
☐ Information (felony)  ☐ . . . . Information (misdemeanor)  ☐ . . . . Information (sealed)
☐ Indictment unsealed  ☐ . . . . Information unsealed  ☐ . . . . Complaint unsealed
☐ Date of arrest: _____  or ☐ Rule 5(c) (dist & case #) _____

✔ . . . Dft  ✔ advised of charges  ✔ advised of maximum penalties  ✔ advised of right to remain silent;
✔ advised of right to counsel  ☐ advised of right to Prel. Hrg.  ☐ advised of right to waive Prel. Hrg.
☐ . . Waiver of Preliminary Exam/Hearing  ☐ Waiver of Rule 5(c) Hearings  ☐ Advised of Rule 20

✔ . . . . . Dft first appearance with counsel  ✔ CJA  ☐ Retained  ☐ USPD
☐ . . . . . Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ . . . . If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ . . . . Dft Requests appointed counsel, is sworn & examined re: financial status.
✔ . . . . . Financial affidavit is adopted from arresting district.  The court finds the defendant ☐ able  ✔ unable to employ counsel.
☐ . . . . . CJA Panel Attorney _____ appointed  ☐ U.S. Pub Defender _____ appointed
☐ . . . . . Add Attorney _____  Voucher # _____

☐ . . . . . Gvt motion for detention  ☐ . . . . . Gvt m/continue detention hrg.  ☐ . . . . . Order granting m/ continue of detention hrg.
☐ . . . . Dft bond  ☐ set  ☐ reset to $ 50,000  ☐ cash  ☐ surety  ☐ 10 %  ☐ PR  ☐ unsecured
☐ . . . . . Bond continued  ☐ previous bond $ _____ type _____  ☐ other case No. _____
☐ . . . . Order setting conditions of release  ☐ Bond executed, dft released;  ☐ Not executed at this time
☐ . . . . . Dft ordered to answer in prosecuting district  ☐ State Charges  ☐ Commitment to Another District
✔ . . . . . Order of Detention  ☐ Temp Detention Pending Hearing
☐ . . . . . Dft remanded to custody of U.S. Marshal;  ☐ Dft ordered removed to Originating District  ☐ Def remained released on conditions
☐ Notice of Hearing  ✔ Dft consented to be detained.

| | |
|---|---|
| ☐ . . . . Detention Hrg set for _____ | ☐ Revocation Hrg set for _____ |
| ☐ . . . . Arraignment set for _____ | ☐ Removal Hrg set for _____ |
| ☐ . . . . Bond hrg set for _____ | ☐ Preliminary Exam set for _____ |
| ☐ . . . . Identity Hrg set for _____ | ☐ Court finds probable cause  ☐ exists  ☐ does not exist |
| ☐ . . . . Dft Oral Motion _____ | ☐ Oral Court Order _____ |
| ☐ . . . . Gvt Oral Motion _____ | ☐ Oral Court Order _____ |
| ☐ . . . . Dft failed to appear  ☐ Oral order for arrest warrant;  ☐ bond forfeited | |
| ☐ . . . . Exhibit List  ☐ Witness List  ✔ Minutes Filed | |

☐ . . . . . Attorney advised to file Application for Pro Hac Vice and instructed on procedure.

**CRIM 92-116**  ✔ See reverse/attached for additional proceedings  _____ Adjourn
Total Court Time _____

**ARRAIGNMENT**

- ✔ Arraignment on:   ☐ INFORMATION   ✔ INDICTMENT   ☐ RULE 20
  held on counts ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
  ✔ all counts;  other counts _____

✔ Dft ☐ Prob violator ☐ Super Rel violator  appears: ✔ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
✔ Dft first appearance with counsel   ✔ CJA          ☐ RETAINED          ☐ USPD
✔ ... Dft   ✔ sworn          ✔ physically/mentally ready     ✔ name spelled
            ✔ received copy of charges     ✔ discussed charges with counsel   ✔ charges read
            ✔ waived reading of charges;   ✔ No pressure to plead
            ☐ advised of alternate sentencing under Youth Corrections Act;
☐ Consent to trial before U.S. Magistrate Judge    ☐ Consent to plea before U.S. Magistrate Judge
✔ Dft enters a plea of: ✔ (not guilty) ☐ (guilty) ☐ (nolo) ☐ (guilty - lesser)
  to counts: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
  ✔ all counts;  other counts _____
☐ ........ Factual Basis Established
☐ ........ Court finds plea voluntary, knowledgeable & that it has a basis in fact.
☐ ........ Plea Agreement accepted   ☐ Plea agreement rejected
☐ ........ Plea agreement received in evidence _____
☐ ........ Plea agreement filed (*sealed*)
✔ ........ Discovery order entered. Dft has __30__ days or until _____ to file motions not covered by this order;
           Gvt has __10__ days or until _____ to respond.
☐ Sentencing deferred for pre-sentence investigation.
☐ ........ Sentencing set for _____ before Judge _____
✔ ........ Jury selection & trial set for **December 19, 2011 at 10:00 am** before Judge **Crone**
☐ ........ Oral Government motion _____  ☐ Oral Court Order _____
☐ ........ Oral Defendant motion _____   ☐ Oral Court Order _____
✔ ...... Defendant remanded to custody USM   ☐ Dft Released on Bond
✔ Minutes filed

OTHER PROCEEDINGS: _____

ADJOURN   2:21 pm

Total Court Time   17 minutes